JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT BETANCOURT,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>            Defendant. | Case No. CV 14-2466-ODW (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

DATED: December 1, 2014

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE